_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
July 14, 2026

Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

*Attorneys for Circus Circus LV, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>FGB Big Top LLC,<br><br>         Debtor. | Case No.  26-12403-NMC<br>CHAPTER 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE DEADLINE TO FILE PROOFS OF CLAIMS TO JULY 31, 2026** |

The Court has reviewed the Stipulation to Continue Deadline to File Proofs of Claims ("Stipulation") filed on June 25, 2026, [ECF No.  54] entered into between Circus Circus LV, LLC ("Circus Circus"), FGB Big Top LLC ("FGB"), and GBank ("Bank"), by and through their respective counsel of record. The Court having considered the Stipulation and good cause having been shown:

/ / /

- 1 -

51945141.5

**IT IS HEREBY ORDERED** that the Stipulation is approved, attached as Exhibit 1.

**IT IS SO ORDERED.**

Dated: June 25, 2026.

Respectfully submitted by:

BY: */s/ Patrick J. Reilly*
Patrick J. Reilly, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614

*Attorneys for Circus Circus LV, LLC*

- 2 -

51945141.5